Dana A. Henkel (dana@fhht.law)
Faure Holden Henkel Terrazas, PC
P.O. Box 9077
Missoula, MT 59807
Telephone: (406) 541-2550

Jean E. Faure (jean@fhht.law)
Faure Holden Henkel Terrazas, PC
P.O. Box 2466
Great Falls, MT 59403

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| LILIANA RAMIREZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK NISSAN, LLC; CLARK HYUNDAI, LLC (collectively d/b/a "CAM CLARK AUTOMOTIVE GROUP"); DOES 1-5; and CORPORATE DOES 6-10,<br><br>                    Defendants. | Case No. CV-25-32-M-KLD<br><br><br>**UNOPPOSED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER** |

Defendants Clark Nissan, LLC and Clark Hyundai, LLC ("Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Rule 26.4, hereby request entry of a proposed Agreed Confidentiality Order. Counsel for Plaintiff does not oppose the entry of the Agreed Confidentiality Order and has authorized Defendants to affix her electronic signature to it. In support of their request, Defendants state as follows:

Unopposed Motion for Entry of Agreed Confidentiality Order                                                  1

The parties to the above-captioned matter ("Lawsuit") are currently engaged in discovery that involves the production of documents and answers to interrogatories. It is anticipated that during discovery, the parties will request and exchange documents and other information that contain confidential or sensitive information, including but not limited to employment policies, employment records, proprietary business information, and sensitive financial information related to Plaintiff and Defendants. The Parties also anticipate that they may participate in oral depositions of both party and non-party witnesses, which may require the disclosure of additional confidential and sensitive information. In an effort to protect certain confidential and sensitive information that has been and may be exchanged during discovery in the Lawsuit, the Parties propose an Agreed Confidentiality Order for this Honorable Court's consideration.

Pursuant to the Local Rule 7.1(c), attached is a proposed "Agreed Confidentiality Order" that has been reviewed and agreed to by the Parties. Additionally, Defendants are contemporaneously sending a copy of the Parties' Agreed Confidentiality Order to this Court's proposed order e-mail depository at kld_propord@mtd.uscourts.gov.

Respectfully submitted this 24th day of June, 2025.

/s/ Dana A. Henkel
Dana A. Henkel
Faure Holden Attorneys at Law, P.C.
*Attorneys for Defendants*