IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LILIANA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK NISSAN, LLC; CLARK HYUNDAI, LLC (collectively d/b/a "CAM CLARK AUTOMOTIVE GROUP"); DOES 1-5; and CORPORATE DOES 6-10,<br><br>　　　　Defendants, | CV 25-32-M-KLD<br><br><br>ORDER |

　　　　Pursuant to the Court's prior order (Doc. 26), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 29). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

　　　　IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 16th day of September, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge